IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LERMA, ) | No. C 11-4880 LHK (PR) |
| ) Petitioner, ) | JUDGMENT |
| ) v. ) | |
| ) WARDEN G.D. LEWIS, ) | |
| ) Respondent. ) | |

    The Court has dismissed the instant petition for a writ of habeas corpus as duplicative. The Clerk shall close the file.

    IT IS SO ORDERED.

DATED: 1/5/12

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Judgment
P:\pro-se\sj.lhk\hc.11\Lerma880jud