IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL LERMA, | ) | No. C 11-4880 LHK (PR) |
| Petitioner, | ) ) | JUDGMENT |
| v. | ) ) | |
| WARDEN G.D. LEWIS, | ) ) | |
| Respondent. | ) ) | |

The Court has dismissed the instant petition for a writ of habeas corpus as duplicative. The Clerk shall close the file.

IT IS SO ORDERED.

DATED: 1/5/12

LUCY H. KOH
United States District Judge

Judgment
P:\pro-se\sj.lhk\hc.11\Lerma880jud